### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

CLIFFORD S. YARBERRY, ADC #154600                      PLAINTIFF

v.                  NO. 4:17CV00057 JLH/BD

PARKER, et al.                                                            DEFENDANTS

### ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Yarberry's claims against separate defendant Turn Key are DISMISSED, without prejudice. The Clerk is instructed to terminate Turn Key as a party defendant.

IT IS SO ORDERED this 23rd day of February, 2017.

                                         _____
                                         UNITED STATES DISTRICT JUDGE