# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**CLIFFORD S. YARBERRY,**
**ADC #154600**                                                                                        **PLAINTIFF**

**V.**                              **CASE NO. 4:17-CV-00057 JLH/BD**

**PARKER, et al.**                                                                                 **DEFENDANTS**

## <u>ORDER</u>

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful consideration of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Yarberry's claims against the Doe Defendant are DISMISSED without prejudice. The Clerk is instructed to terminate the Doe Defendant as a party Defendant.

IT IS SO ORDERED this 15th day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE