IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CLIFFORD S. YARBERRY**                                             **PLAINTIFF**

V.           **CASE NO. 4:17-CV-57-JLH-BD**

**TONYA PARKER,** *et al.*                                          **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The Defendants' motions for summary judgment (docket entries #33, #37) are GRANTED. Yarberry's claims are DISMISSED, with prejudice.

IT IS SO ORDERED this 20th day of March, 2018.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE