IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CLIFFORD S. YARBERRY**                                                              **PLAINTIFF**

**V.**                     **CASE NO. 4:17-CV-57-JLH-BD**

**TONYA PARKER,** *et al.*                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

DATED this 20th day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE